

**U.S. Department of Justice**

**Federal Bureau of Prisons**

**FCI Safford**

---

April 26, 2013

The Honorable Ted Stewart
Senior U.S. District Judge
District of Utah
350 South Main Street, Room 150
Salt Lake City, UT 84101

Re: Restitution Order of Inmate Hales, Christopher, #17419-081
    United States of America vs. Christopher D. Hales
    DUTX2:10CR00183-001 TS, District of Utah

Dear Judge Stewart:

This is to inform you that the Bureau of Prisons (BOP) can no longer collect on the above-inmate's restitution order, through the Inmate Financial Responsibility Program (IFRP). As a result of the decision in Ward v. Chavez, 678 F.3d 1042 (9th Cir. 2012), it has been determined that the BOP lacks authority to collect restitution payments under the schedule in this restitution order, while the inmate is confined in the Ninth Circuit. Specifically, we considered whether the restitution order was issued on or after April 24, 1996, whether the restitution was ordered "due immediately," and whether it lacked a payment schedule that could be applied during the inmate's imprisonment. We realize the value of the IFRP and its ability to encourage inmates to be responsible for their debts, and regret we are unable to assist with this particular order for restitution. If you have any questions, please feel free to contact our Legal staff at Phoenix Consolidated Legal Center at 623-465-5120.

Sincerely,

T. Phillips
Cholla/Ocotillo Upper
Unit Manager