December 18, 2014

LODGED
U.S. DISTRICT CO.
2015 JAN -8 D 3: 29
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

2:10 CR 183 TS

Dear Judge Stewart,

Your Honor, I felt impressed to take this time to reach out and positively communicate to you a few things in my own words. My hope and prayer is that the sincerity of these words will touch your heart as they come from mine.

First of all, I want to thank you with every fiber of my being. I am grateful I am not the person I was. I am grateful for the humbling experiences over these years of incarceration. I know that the right thing was done and that sending me to prison was needed. I needed to make changes. I needed to grow! Mature! Learn! I needed to be punished for my decisions. Prison was the only way to wake me up, to remind me, to teach me what life is all about and what is important. It gave me necessary time to think about what I had done and be able to make changes to be better in the future and do things differently. I was a lost soul, and made huge mistakes, and was completely wrong.

After my sentence is served, my restitution is paid, and I have proven to be a productive member of society, I will always feel horrible, be ashamed, and regret the things I did and people I hurt.

I have learned many priceless lessons and have worked hard to replace greed and selfishness with empathy, understanding, patience and kindness.

Additionally, I have replaced my criminal thinking errors and substance abuse with cognitive thinking tools, a code of ethics, morals, principals, integrity and honesty that will assist me in helping others.

I am far from perfect, but am for the first time happy with the man in the mirror.

It is my understanding that recently my parents retained the help of an attorney, John Walsh. Mr. Walsh is trying to obtain a "judicial letter of recommendation" in regards to the 2nd Chance Act that would send me to the halfway house in Salt Lake City upon my completion of RDAP in February 2015. The halfway house will help me continue my

RDAP aftercare program and give me the best chance for successful re-integration into the community.

I wanted to be clear that in no way shape or form am I trying to dispute my sentence or "get off easy." Other inmates in my RDAP community have recently received this and it was recommended that I do the same, so I am following those instructions.

The 2nd Chance Act is designed to give inmates who have displayed good behavior, like myself, twelve months of halfway house time instead of six months.

As you are aware, I have a significant amount of restitution that needs to be repaid. I need to continue my RDAP aftercare at the halfway house facility to better the chances of successful re-integration and give ample time to get adjusted.

The recommendation does not override my sentence or effect it. I would still be in the custody of the BOP.

I am not exactly sure what was communicated by Mr. Walsh. I have not seen the letter he sent to you. I know that Mr. Walsh and my family only have the best intentions for me. I am so so grateful for their help. I also believe that "if it is to be it's up to me."

I would not feel right if I didn't write you myself. I know a letter from you doesn't change the BOP policy or have jurisdiction here. But what it does do is give some merit for my case manager and warden to grant it knowing that you don't oppose it.

While incarcerated, I have never received a shot or incident report. I am not a violent offender nor do I have any public safety factors. I have programmed; education, ACE (advance continuing education) classes, instructed and taught several ACE classes, and have nearly completed the RDAP program. Additionally, I have the lowest level of custody points. I have proved that I can work hard, make changes, be honest and do the right things.

I need a second chance, and the BOP has the 2nd Chance Act for people like myself. This program fits my circumstances pefectly.

I need to be there for my daughter, parents and family who need me and to prove to them, you and the rest of the world that I have made the changes needed to be more successful than ever. I would have never been able to achieve the success and future I always wanted had it not been for this experience.

Not only do I want to be a success story and start paying on my restitution right away, but I want to be a successful father, son and person, financially, emotionally, spiritually, in all aspects. I am in a good place mentally with a good balance of tools and opportunities to be able to really make a positive difference.

I read your book, "Seven Miracles That Saved America" Why they matter and why we should have hope and I enjoyed reading it and it inspired me so much! It is no wonder why you are a New York Times best selling author. You are a great writer and Judge. You are fair, honorable and a great role model and someone I look up to. I am blessed to have had the contact with you in this life that I have. I will definitely be crediting you for some of my future success. I am having hope that this miracle can happen for me. I know it will better prepare me and give me the best chance at success in the future.

I made promises to pay my restitution, right my wrongs, and be a successful member of society. I am going to keep good on these promises. I feel like I did a good job in making the best use of my time. I never want to make you or anyone look bad, in fact, just the opposite. I want to make you all proud and be proud of myself by doing the right things and having this set back be a great opportunity for a come back.

Everyday I look forward to that day. It motivates me and pushes me forward to be better, to be the best me I can be. I am going to work so hard to accomplish my goals, and always choose the right and will never loose sight of how important family and integrity is.

I know the consequences of not doing the right things and I have learned my lesson. My actions will speak louder than words. Please consider this 2nd Chance for me to prove it and be that success story.

Regardless of what you do or do not recommend, from the bottom of my heart thank you for saving me. Whatever you decide I have nothing but the utmost respect and

admiration for you and always will. I trust and know that your decision will be the right one and what is best. I am content and grateful either way.

I do appreciate your time and hope you have the wonderful Holiday Season that you deserve and I look forward to making a positive, productive and successful future that you and others will be proud of as soon as possible. Thanks again, and Happy Holidays.


Sincerely & Respectfully,


Chris D. Hales

*[signature]*

⇦17419-081⇨
Chris Hales
P.O. BOX 9000
Federal Correctional Institution
Safford, AZ 85548
United States

PHOENIX AZ 852
29 DEC 2014 PM 1 L

⇦17419-081⇨ Ted Stewart
Honorable Ted Stewart
United States District Ct
351 S WEST Temple
SALT LAKE CITY, UT 84101
United States

84101$0593